UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID CROWE,,<br><br>                    Plaintiff,<br><br>    -against-<br><br>TIMOTHY SHERIDAN; NEW YORK CITY POLICE DEPARTMENT (NYPD); MANHATTAN PSYCHIATRIC CENTER.,<br><br>                    Defendants. | 25 CIVIL 0567 (LLS)<br><br>CIVIL JUDGMENT |

    For the reasons stated in the October 1, 2025, order, Plaintiff's complaint, filed in forma pauperis under 28 U.S.C. § 1915(a)(1), is dismissed.

    SO ORDERED.

Dated:   November 18, 2025
          New York, New York

                                                /s/ Louis L. Stanton
                                                LOUIS L. STANTON
                                        United States District Judge